IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 SEP 10  PM 4: 19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | VIOLATION NO. W0909908 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TROY SCOTT, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter for the reason that the defendant is a juvenile.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
United States Attorney
District of Nebraska

And:   ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

**ORDER**

IT IS SO ORDERED this _10th_ day of September, 2012.

BY THE COURT:

CHERYL R. ZWART
United States Magistrate Judge